General Complaint



**FILED**
MAY – 1 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Amber Kegler

Case Number: 4:23cv388-SDJ-CAN

List the full name of each plaintiff in this action.

VS.

Experian Information Solutions, Equifax Inc

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

_____

_____

C. Results of the conference with counsel:

_____

_____

_____

II. List previous lawsuits:

    A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____ Yes  _X_ No

    B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

        1. Approximate file date of lawsuit: _____

        2. Parties to previous lawsuit(s):

           Plaintiff _____

           Defendant _____

        Attach a separate piece of paper for additional plaintiffs or defendants.

        3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

           _____

        4. Docket number in other court. _____

        5. Name of judge to whom the case was assigned.

           _____

        6. Disposition: Was the case dismissed, appealed or still pending?

           _____

        7. Approximate date of disposition. _____

III.  Parties to this suit:

    A.  List the full name and address of each plaintiff:

Pla #1 Amber Kegler 507 Martin Luther King Jr Dr Duck Hill, MS 38925

Pla #2 _____

    B.  List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Experian Information Solutions 475 Anton Blvd. Costa Mesa, CA 92626

Dft #2: Equifax Inc 1550 Peachtree St N.W. Atlanta, GA 30309

Dft #3 _____

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

December of 2022 I was in the process of buying a home when I noticed that my credit report had inaccurate information reporting. I notice the information on my Experian credit report which made me contact them through mail, phone and file a Consumer Financial Protection Bureau (CFPB). 30 Days went by and I checked to see if my account was updated and realized they never opened a investigation to try to fix those inaccurate accounts.("Experian") has messed up my chances of buying the house I was in the process of closing because that information has ruined my FICO Score terribly. Equifax Inc has been reporting inaccurate information as well as fraudulent information that I have been disputing. Every dispute has come back verified but they never sent any verification of an official dispute being investigated.

V.   Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I would like for ("Experian") to pay 250,000 as well as removing those inaccurate information. ("Equifax") Should also be lialbe to pay 250,000 and to remove those fraudulent and inaccurate accounts.

Signed this ___19___ day of ___April___ (Month), 20_23_ (Year).

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __April 19, 2023__
                    Date

__Amber Kegler__
Signature of each plaintiff