# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| AMBER KEGLER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-00388-SDJ-AGD |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS, et al. | § § | |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Adopting Report and Recommendation of United States Magistrate Judge (Dkt. #7), the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 30th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE